

**Terms and Conditions for Participation in the HRSA COVID-19 Claims Reimbursement to Health Care Providers and Facilities for Testing, Treatment, and Vaccine Administration for the Uninsured Program**

I hereby attest to the following Terms and Conditions on behalf of the provider with the Tax Identification Number associated with this attestation ("Recipient"). I further attest that I am authorized to make such attestation on behalf of the Recipient. The Terms and Conditions below are not an exhaustive list and the Recipient agrees to comply with any other applicable statutes and regulations.

**Testing Services**

The Recipient plans to submit claims for reimbursement for COVID-19 Testing and/or Testing-Related Items and Services provided to individuals who did not have any health care coverage at the time the services were provided. The Recipient acknowledges that each time the Recipient submits such claims for reimbursement, each claim must be in full compliance with these Terms and Conditions, and submission of those claims confirms the Recipient's ongoing compliance with these Terms and Conditions.

- COVID-19 Testing means:
    - An in vitro diagnostic test defined in section 809.3 of title 21, Code of Federal Regulations (or successor regulations) for the detection of SARS– CoV–2 or the diagnosis of the virus that causes COVID–19, and the administration of such a test, that—
        - o Is approved, cleared, or authorized under section 510(k), 513, 515, or 564 of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 360(k), 360c, 360e, 360bbb–3);
        - o The developer has requested, or intends to request, emergency use authorization under section 564 of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 360bbb–3), unless and until the emergency use authorization request under such section 564 has been denied or the developer of such test does not submit a request under such section within a reasonable timeframe;
        - o Is developed in and authorized by a State that has notified the Secretary of Health and Human Services of its intention to review tests intended to diagnose COVID-19; or
        - o Other test that the Secretary determines appropriate in guidance.

    - Testing-Related Items and Services means items and services furnished to an individual during health care provider office visits, including, for example, in-person visits and telehealth visits, urgent care center visits, and emergency room visits that result in an order for or administration of COVID-19 Testing but only to the extent such items and services relate to the furnishing or administration of such product or to the evaluation of such individual for purposes of determining the need of such individual for such product.



EXHIBIT A PROGRAM TERMS
AND CONDITIONS

1 of 5

**Treatment Services**

The Recipient plans to submit claims for reimbursement for care or treatment related to positive diagnoses of COVID-19 where COVID-19 was the primary reason for treatment provided to individuals who did not have any health care coverage at the time the services were provided. The Recipient acknowledges that each time the Recipient submitssuch claims for reimbursement, each claim must be in full compliance with these Terms and Conditions, and submission of those claims confirms the Recipient's ongoing compliance with these Terms and Conditions.

The Recipient acknowledges that the Recipient's full compliance with all Terms and Conditions is material to the Secretary's decision to disburse funds to the Recipient. The Recipient acknowledges that non-compliance with any Term or Condition is grounds for the Secretary to seek repayment of some or all of the payments made. The Recipient understands that non-compliance with any Term or Condition and all applicable statutes and regulations may result in administrative, civil, and/or criminal action being taken.

These Terms and Conditions apply directly to the Recipient. In general, the requirements that apply to the Recipient also apply to subrecipients and contractors, unless an exception is specified.

**Vaccine Administration**

The Recipient plans to submit claims for reimbursement for administering COVID-19 vaccinations to individuals who did not have any health care coverage at the time the services were provided, or whose only health care coverage at the time the services were provided was foreign health coverage[1]. The Recipient acknowledges that each time the Recipient submits such claims for reimbursement, each claim must be in full compliance with these Terms and Conditions, and submission of those claims confirms the Recipient's ongoing compliance with these Terms and Conditions.

The Recipient acknowledges that the Recipient's full compliance with all Terms and Conditions is material to the Secretary's decision to disburse funds to the Recipient. The Recipient acknowledges non-compliance with any Term or Condition is grounds for the Secretary to seek repayment of some or all of the payments made. The Recipient understands that non-compliance with any Term or Condition and all applicable statutes and regulations may result in administrative, civil, and/or criminal action being taken.

These Terms and Conditions apply directly to the Recipient. In general, the requirements that apply to the Recipient also apply to subrecipients and contractors, unless an exception is specified.

### Uninsured Program Fund Payment Terms and Conditions

- The "Payment" means the funds received from the Public Health and Social Services Emergency Fund, as appropriated in Public Law 116-136, Public Law 116-139, and Public Law 116-260, in addition to funds appropriated in Public Law 177-2 (collectively the "Uninsured Program Fund"), to administer COVID-19 vaccinations, conduct COVID-19

---

[1] Foreign health coverage includes health insurance purchased from private health insurers in foreign countries, or health coverage provided by foreign governments.

testing, or provide care or treatment related to positive diagnoses of COVID-19 for individuals who did not have any health care coverage at the time the services were provided ("Uninsured Individuals"). For vaccine administration, "Uninsured Individuals" also includes individuals whose only health coverage was foreign health coverage. The "Recipient" means the healthcare provider, whether an individual or an entity, receiving the Payment.

- The Recipient certifies that it is not currently terminated from participation in Medicare or precluded from receiving payment through Medicare Advantage or Part D; is not currently excluded from participation in Medicare, Medicaid, and other Federal health care programs; and does not currently have Medicare billing privileges revoked.

- The Recipient certifies that it, or its agents, provided the items and services on the Recipient's claim form to the Uninsured Individuals identified on the claim form; that the dates of service (or admittance if applicable) occurred on February 4, 2020, or later (for testing and treatment claims) and December 14, 2020, or later (for vaccine administration claims); and that all items and services for which Payment is sought were medically necessary as a preventive vaccination for COVID-19, or for care or treatment of COVID-19 and/or its complications, and/or for COVID-19 testing and/or testing-related items and services. The Recipient also certifies that to the best of its knowledge, the patients identified on the claim form were Uninsured Individuals at the time the services were provided.

- The Recipient certifies that it will not use the Payment to reimburse expenses or losses that have been reimbursed from other sources or that other sources are obligated to reimburse. If the Recipient subsequently receives reimbursement for any items or services for which the Recipient requested Payment from the Uninsured Program Fund, the Recipient will return to HHS that portion of the Payment which duplicates payment or reimbursement from another source. The Recipient will not include costs for which Payment was received in cost reports or otherwise seek uncompensated care reimbursement through federal or state programs for items or services for which Payment was received.

- The Recipient shall submit reports as the Secretary determines are needed to ensure compliance with conditions that are imposed on this Payment, including all relevant claims data, and such reports shall be in such form, with such content, as specified by the Secretary in future program instructions directed to all Recipients. The Recipient acknowledges and agrees that the Secretary will share relevant claims data with components of the Department of Health and Human Services.

- The Recipient consents to the Department of Health and Human Services publicly disclosing the Payment that Recipient may receive from the Uninsured Program Fund.

- The Recipient certifies that all information it provides as part of its application for the Payment, as well as all information and reports relating to the Payment that it provides in the future at the request of the Secretary or Inspector General, are true, accurate and complete, to the best of its knowledge. The Recipient acknowledges that any deliberate omission, misrepresentation, or falsification of any information contained in a request for reimbursement or future report may be punishable by criminal, civil, or administrative penalties, including but not limited to revocation of Medicare billing privileges, exclusion



EXHIBIT A PROGRAM TERMS
AND CONDITIONS

from federal health care programs, and/or the imposition of fines, civil damages, and/or imprisonment.

- Not later than 10 days after the end of each calendar quarter, any Recipient that is an entity receiving more than $150,000 total in funds under the Coronavirus Aid, Relief, and Economic Security Act (P.L. 116-136), the Coronavirus Preparedness and Response Supplemental Appropriations Act (P.L. 116-123), the Families First Coronavirus Response Act (P.L. 116-127), or any other Act primarily making appropriations for the coronavirus response and related activities, shall submit to the Secretary and the Pandemic Response Accountability Committee a report. This report shall contain: the total amount of funds received from HHS under the foregoing enumerated Acts; the amount of funds received that were expended or obligated for each project or activity; a detailed list of all projects or activities for which the funds were expended or obligated, including: the name and description of the project or activity, and the estimated number of jobs created or retained by the project or activity, where applicable; and detailed information on any level of subcontracts or subgrants awarded by the Recipient or its subcontractors or subgrantees, to include the data elements required to comply with the Federal Funding Accountability and Transparency Act of 2006 allowing aggregate reporting on awards below $50,000 or to individuals, as prescribed by the Director of the Office of Management and Budget.

- The Recipient shall maintain appropriate records and documentation including, as applicable, documentation described in 45 CFR § 75.302 – Financial management and 45 CFR § 75.361 through 75.365 – Record Retention and Access, and other information required by future program instructions to substantiate Payments under this award. The Recipient shall promptly submit copies of such records and documentation upon the request of the Secretary, and Recipient agrees to fully cooperate in all audits the Secretary, Inspector General, or Pandemic Response Accountability Committee conducts to ensure compliance with these Terms and Conditions.

- The Recipient understands that non-compliance with any Term or Condition and all applicable statutes and regulations may result in administrative, civil, and/or criminal action being taken.

- The Recipient understands that failure to provide requested documentation may result in payments being denied and/or termination from the program.

- The Recipient agrees that all claims it submits will be full and complete (i.e., no interim bills or corrected claims). The Recipient acknowledges that all payments are final and there will be no adjustments.

- The Secretary will reimburse the Recipient generally at 100 percent of Medicare rates (including any amounts that would have been due to the provider as patient cost sharing) for the items and services that Respondent provided to Uninsured Individuals for which the Recipient submits claims to the Uninsured Program Fund unless otherwise noted. If there is no Medicare standard rate, a calculated average rate will be used. Exclusions from coverage and alternatives to where Medicare rates do not apply are outlined in the program details.



- The Recipient certifies that it will not engage in "balance billing" or charge any type of cost sharing for any items or services provided to Uninsured Individuals receiving a COVID-19 testing and/or testing related items, vaccination or care or treatment for a positive diagnosis of COVID-19 for which the Recipient receives a Payment from the Uninsured Program Fund. The Recipient must not sell or seek reimbursement from an Uninsured Individual for any COVID-19 vaccine and any adjuvant, syringes, needles, or other constituent products and ancillary supplies that the federal government provides at no cost to the Recipient. The Recipient shall consider Payment received from the Uninsured Program Fund to be payment in full for such COVID-19 testing and/or testing-related items, vaccine administration, care, or treatment.

- If the Recipient, prior to signing these Terms and Conditions, charged any Uninsured Individuals a fee relating to COVID-19 testing and/or testing related items, vaccine administration, care, or treatment for which the Recipient subsequently received a Payment from the Uninsured Program Fund, the Recipient will communicate to the Uninsured Individuals that they do not owe Recipient any money for the items or services relating to that COVID-19 test and/or test related items, vaccine administration, care, or treatment. If an Uninsured Individual paid the Recipient for any portion of such test and/or test related items, vaccine administration, care, or treatment, the Recipient will timely return the payment to the Uninsured Individual.

The following statutory provisions also apply:

**General Provisions in FY 2020 Consolidated Appropriation**

**SEC. 202. Executive Pay.** None of the funds appropriated in this title shall be used to pay the salary of an individual, through a grant or other extramural mechanism, at a rate in excess of Executive Level II.

**SEC. 210. Funding Prohibition for Gun Control Advocacy.** None of the funds made available in this title may be used, in whole or in part, to advocate or promote gun control.

**SEC. 503. Lobbying**

(a) No part of any appropriation contained in this Act or transferred pursuant to section 4002 of Public Law 111–148 shall be used, other than for normal and recognized executive-legislative relationships, for publicity or propaganda purposes, for the preparation, distribution, or use of any kit, pamphlet, booklet, publication, electronic communication, radio, television, or video presentation designed to support or defeat the enactment of legislation before the Congress or any State or local legislature or legislative body, except in presentation to the Congress or any State or local legislature itself, or designed to support or defeat any proposed or pending regulation, administrative action, or order issued by the executive branch of any State or local government, except in presentation to the executive branch of any State or local government itself.
(b) No part of any appropriation contained in this Act or transferred pursuant to section 4002 of Public Law 111–148 shall be used to pay the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before the Congress or any State government, State legislature or local legislature or



Testing, Treatment, and Vaccine Administration for the Uninsured Program?

**How does the HRSA COVID-19 Uninsured Program differ from the HRSA COVID-19 Coverage Assistance Fund?**     +

**What if a provider submitted a claim to the HRSA COVID-19 Uninsured Program and the patient is actually underinsured?**     +

**What services are eligible for reimbursement?**     +

**Why is claim reimbursement eligibility for diagnostic testing services performed by independent labs different than claim reimbursement eligibility for such services performed by hospitals (including hospital labs) or physicians?**     +

**Can health care providers submit a claim for testing furnished to an uninsured individual that is performed by a laboratory with which it has a client bill arrangement?**     +

**What services are ineligible for reimbursement?**     +

**Are claims subject to timely filing limits?**     —

Yes, for the HRSA COVID-19 Uninsured Program, claims must be submitted within 365 calendar days from date of service or admittance, and are subject to available funding.

## Are claims subject to timely filing limits?     —

Yes, for the HRSA COVID-19 Uninsured Program, claims must be submitted within 365 calendar days from date of service or admittance, and are subject to available funding.



# GAO Highlights

Highlights of GAO-23-106083, a report to congressional committees

September 2023

# COVID-19 PROVIDER RELIEF FUND

## HRSA Continues to Recover Remaining Payments Due from Providers

## Why GAO Did This Study

The PRF was created in March 2020 to provide COVID-19 relief to health care providers and ensure access to essential health care services. Providers included those enrolled in Medicare, Medicaid, and the Children's Health Insurance Program.

The CARES Act includes a provision for GAO to monitor and report on the federal response to the COVID-19 pandemic. This report describes (1) PRF payment distributions; and examines (2) efforts to ensure the accuracy of PRF payments, (3) efforts to ensure that PRF payments were used according to program requirements, and (4) the status of efforts to recover PRF payments.

GAO analyzed data on PRF payments as of December 2022, by which time nearly all PRF payments had been distributed. GAO analyzed recoveries of PRF payments as of May 2023—the most recent data available at the time of the review. GAO also reviewed information and agency documentation on payment integrity activities, including program reports and risk assessments; interviewed agency officials; and compared payment integrity activities to agency requirements.

GAO's draft report recommended that HRSA establish time frames to promptly recover remaining overpayments, unused payments and payments from all noncompliant providers. In response to the draft report, in August 2023, HRSA provided a time frame for the recovery of these payments. As a result, GAO removed the recommendation and modified the report accordingly.

View GAO-23-106083. For more information, contact Leslie V. Gordon at (202) 512-7114 or GordonLV@gao.gov.

## What GAO Found

The Health Resources and Services Administration (HRSA), an agency within the Department of Health and Human Services (HHS), administers and oversees the Provider Relief Fund (PRF). The PRF provided relief to health care providers for expenses or lost revenues attributable to the COVID-19 pandemic. As of May 2023, HRSA distributed $135 billion in payments kept by providers; hospital-based health systems and hospital-affiliated providers received the majority of payments—about $84 billion. HRSA made payments until June 2023, when the remaining unobligated funds for provider relief payments were rescinded.

Among its efforts to ensure payment accuracy, HRSA conducted pre-payment reviews to verify provider eligibility and information on provider applications. HRSA also conducted post-payment reviews to check for potential payment errors and identify overpayments. HRSA plans to conduct these reviews on 59 types of potential payment errors, but the agency has been delayed in completing these reviews. As of May 2023, 21 of 59 remained open. In October 2021, GAO recommended that HRSA promptly complete the remaining reviews, but HRSA has not yet implemented the recommendation.

HRSA has taken steps to ensure that providers used PRF payments according to program requirements. HRSA required providers to report on their use of PRF payments, and it has been auditing a risk-based sample of providers to verify appropriate use of payments. HRSA also assessed fraud risks and implemented controls to ensure proper use of payments, though certain processes were only recently implemented. In particular, HRSA implemented recommendations from its 2021 fraud risk assessment. In March 2023, HRSA implemented a process to review irregular payments and, in June 2023, finalized procedures for responding to potential fraud.

As of May 2023, HRSA had recovered about half of the $2.62 billion in payments identified for recovery. HRSA had established time frames to recover most of the $1.36 billion in payments not yet recovered, but had not established time frames to recover $250 million in remaining overpayments, unused payments, and some payments from non-compliant providers. However, in August 2023, HRSA established time frames for the recovery of these payments.

**Provider Relief Fund (PRF) Payment Recoveries, as of May 2023**



Source: GAO analysis of Health Resources and Services Administration data; GAO (illustration).  |  GAO-23-106083

**United States Government Accountability Office**

EXHIBIT C GAO REPORT

1 of 1