**Siegel, Jennifer**

| | |
|---|---|
| **From:** | UHG on Behalf of HRSA <UHG_HRSA@ProviderEmail.uhc.com> |
| **Sent:** | Wednesday, March 16, 2022 4:02 PM |
| **To:** | Siegel, Jennifer |
| **Subject:** | Important Update Regarding Submission of Claims to the HRSA COVID-19 Uninsured Program (Optum) |
| **Categories:** | External Email |

If you are unable to read this message or see the images, <u>view it online</u>



# Important Update Regarding Submission of Claims to the HRSA COVID-19 Uninsured Program

Attention:
Optum
TIN (Last 3 digits): XYZ

Dear Valued Provider:

Thank you for the crucial role you've played in testing, treating and vaccinating uninsured individuals in your communities. You are receiving this email because you have been identified as an organization participating in the Health Resources and Services Administration's (HRSA) COVID-19 Uninsured Program. Below is an important update regarding claims submissions.

- **On March 22, 2022 at 11:59 pm ET**, the HRSA COVID-19 Uninsured Program will **stop accepting claims for testing and treatment** due to a lack of sufficient funds.

- **On April 5, 2022 at 11:59 pm ET**, the HRSA COVID-19 Uninsured Program will also **stop accepting vaccination claims** due to a lack of sufficient funds.

Claims that have been submitted by these deadlines will be paid subject to eligibility and availability of funds.

**More Information**
If you have any questions, refer to https://www.hrsa.gov/CovidUninsuredClaim or contact the Provider Support Line at (866) 569-3522; for TTY dial 711. Hours of operation are 8 a.m. to 10 p.m. CT, Monday through Friday.

Thank you for your participation in the program and all your efforts to care for individuals who are uninsured.

Provider Relief Bureau
Health Resources and Services Administration
United States Department of Health and Human Services

Reimbursement applies to eligible claims, as determined by HRSA (subject to adjustment as may be necessary), for dates of service or admittance delivered on or after February 4, 2020, for testing or treatment claims, and on or after December 14, 2020, for vaccine administration claims, subject to available funding; see details at hrsa.gov/coviduninsuredclaim. Terms and conditions will apply. Content subject to change.

This email was sent by United HealthCare Services, 9700 Health Care Lane, Minnetonka, MN 55343 USA on behalf of the Health Resources and Services Administration, 5600 Fishers Ln, Rockville, MD 20857.

Confidential. Do not distribute or reproduce without express written permission. For internal use only.

This email was sent to: jennifer.siegel@optum.com

Please do not reply to this email address; this mailbox is used for outbound email only.