Health Resources & Services Administration

Explore    Bureaus and Offices | Newsroom | Contact HRSA

MENU

Home » Provider Relief » About »

COVID-19 Claims Reimbursement to Health Care Providers and Facilities for Testing, Treatment, and Vaccine Administration for the Uninsured »

HRSA COVID-19 Uninsured Program Claims Submission Deadline FAQs

# HRSA COVID-19 Uninsured Program Claims Submission Deadline FAQs

**Date Last Updated: April 2022**

## Why has the HRSA COVID-19 Uninsured Program stopped accepting claims?

The HRSA COVID-19 Uninsured Program (UIP) stopped accepting claims for testing and treatment at 11:59 p.m. on March 22, 2022, and claims for vaccine administration at 11:59 p.m. on April 5, 2022 due to a lack of sufficient funds.

**Any testing and treatment claims submitted in the Portal after March 22, 2022, will not be adjudicated for payment.**

**Any vaccine administration claims submitted in the Portal after April 5, 2022, will not be adjudicated for payment.**

# When was the final deadline to submit claims for reimbursement?

The deadlines to submit claims for each category of service are as follows:

- **Testing claims:** March 22, 2022, at 11:59 p.m. ET
- **Treatment claims:** March 22, 2022, at 11:59 p.m. ET
- **Vaccine administration claims:** April 5, 2022, at 11:59 p.m. ET

**Any testing and treatment claims submitted in the Portal after March 22, 2022, will not be adjudicated for payment.**

**Any vaccine administration claims submitted in the Portal after April 5, 2022, will not be adjudicated for payment.**

# Will eligible claims submitted by the deadline be reimbursed?

Claims submitted by the deadline for each category of service will be adjudicated and paid subject to their eligibility and the availability of funds.

# What other resources are available to providers and/or uninsured individuals after the Uninsured Program winds down?

Alternative resources for uninsured individuals who need COVID-19 services or other health care coverage include:

- [Medicaid enrollment](#)
- [Healthcare marketplace enrollment](#)
- [COVIDtests.gov](#)
- [HRSA.gov – Find a Health Center](#)

Note: per the Centers for Disease Control and Prevention's Requirements for COVID-19 Vaccination Program Providers, providers must continue to administer COVID-19 vaccines at no out-of-pocket cost to recipients.

# I submitted claims before the submission deadline was announced on March 15, 2022. Will those claims be paid?

Claims submitted by the deadline for each category of service will be adjudicated and paid subject to their eligibility and the availability of funds.

# What will happen if I submit a testing or treatment claim after March 22, 2022?

Testing and treatment claims submitted after the deadline will NOT be adjudicated. Regardless of whether the system shows your claim as having being received, no testing or treatment claim submitted after March 22, 2022, will be processed.

# Will eligible claims submitted by the deadline be processed and reimbursed within the typical 30 business days?

HRSA anticipates that claims submitted by the deadline may take longer than the typical 30 business day timeframe to process as HRSA works to adjudicate and pay claims subject to their eligibility and the availability of funds.

# How should health care organizations bill for the COVID-19 related testing and treatment services they provide to uninsured individuals?

HRSA is unable to provide general legal advice regarding a provider's billing practices for testing and treatment services for the uninsured beyond the scope of the HRSA COVID-19 Uninsured Program.

# How does exhaustion of funding for the Uninsured Program and Coverage Assistance Fund affect providers participating in the CDC COVID-19 Vaccination Program?

On April 5, 2022, CDC issued the following statement:

Due to the lack of supplemental funding from Congress, HRSA stopped accepting claims for reimbursement of costs associated with administering COVID-19 vaccines to uninsured and underinsured individuals as of 11:59 PM ET on April 5, 2022. CDC strongly encourages providers to stay in the CDC COVID-19 Vaccination Program and CDC expects participating providers will continue to administer these lifesaving vaccines at no cost to patients to ensure equitable access for all individuals. Where CDC becomes aware of a provider engaging in any

of the following, CDC will consider taking any and all appropriate measures, including the possibility of rescinding the CDC provider agreement:

- Administering COVID-19 Vaccine at any out-of-pocket cost to the recipient
- Denying anyone vaccination, or differentially reducing appointment access, based on the vaccine recipient's coverage status or network status
- Charging an office visit or other fee if COVID-19 vaccination is the sole medical service provided
- Requiring additional medical services to receive COVID-19 vaccination
- Seeking any reimbursement, including through balance billing, from the vaccine recipient

For further information please see CDC COVID-19 Vaccination Program Provider Requirements and Support.

**Date Last Reviewed:**  April 2022

Return to top

## Sign up for email updates.

**Subscribe**

**Report on Your Use of Funds**

**PRF Reporting Portal**

**Quick Links**

Terms and Conditions

Download all PRF FAQs (PDF - 538 KB)

Application and Attestation Portal