| | |
|---|---|
| **From:** | Timothy A. Wieroniey |
| **To:** | Fomenkova, Galina (CIV); Aaron P. Silberman |
| **Subject:** | [EXTERNAL] RE: Laborant v US, No. 24-1432 |
| **Date:** | Thursday, May 14, 2026 8:10:14 PM |

Hi Galina,

I am currently working on getting the claim ID's so that we can provide that to you.  I have confirmed that these are the same claims that were submitted to HRSA pre-litigation.  The three that are not being pursued, but that were submitted to HRSA pre-litigation, and are on Exh. A. are as follows:

- Both claims submitted to Optum on March 24, 2022.
- A claim that was paid – the relevant information is blacked out on Exh. A but the last four digits of the member id are: 6385 and the date of service is 1/6/2022.

I think initial disclosures by the end of next week would be feasible.

Tim

**Timothy Wieroniey** | Associate
**ROGERS JOSEPH O'DONNELL** | a Professional Law Corporation
311 California Street, 10th fl | San Francisco, CA 94104
415.956.2828 main | 415.956.6457 fax |  415.365.5315 direct

Notice to recipient:  This email is meant for only the intended recipient(s) of the transmission and may be privileged by law.  If you receive this email in error, please notify us immediately.  Do not print, copy, or disseminate it.  Please delete the email from your system.  Thank you

**From:** Fomenkova, Galina (CIV) <Galina.Fomenkova@usdoj.gov>
**Sent:** Thursday, May 14, 2026 4:34 PM
**To:** Timothy A. Wieroniey <TWieroniey@rjo.com>; Aaron P. Silberman <ASilberman@rjo.com>
**Subject:** RE: Laborant v US, No. 24-1432

Hi Tim,

Wanted to reach out and see where things stood on confirming the universe of claims. Also, were you expecting to exchange initial disclosures tomorrow? The Court didn't really set a date for that. If so, can we push it by say a week, I wound up having a series of all-day events this week? And then we can exchange them once you've confirmed the claims?

Thanks,
Galina

Galina I. Fomenkova
U.S. Department of Justice
(202) 514-5495

_____

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential.  If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments.  Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

**From:** Fomenkova, Galina (CIV)
**Sent:** Monday, May 4, 2026 1:13 PM
**To:** 'Timothy A. Wieroniey' <TWieroniey@rjo.com>; Aaron P. Silberman <ASilberman@rjo.com>
**Subject:** Laborant v US, No. 24-1432

Tim and Aaron,

I understand that Laborant submitted a data file and a list of claims that it demanded payment for to HRSA pre-litigation. Can you clarify/confirm whether the claims you are now pursuing before the Court are the same set of claims that were identified in that pre-litigation demand letter and data file? Relatedly, your complaint purports to pursue 9,149 claims, but the exhibit you attached purports to identify 9,152 claims – can you identify which 3 claims in that list you are NOT pursuing?

Thanks,
Galina

Galina I. Fomenkova
U.S. Department of Justice
Commercial Litigation Branch
PO Box 480 | Ben Franklin Station
Washington, DC 20044
(202) 514-5495

(For overnight delivery: 1100 L Street NW, Room 10206, Washington, DC 20005)
_____

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential.  If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments.  Instead, please delete the message and any attachments and notify the sender immediately. Thank you.