## *Change Healthcare Corp; Mergerstat M&A Database*

**Target: Change Healthcare** Corp
**Buyer: OptumInsight**, Inc.

**Last Update:** April 19, 2026
**Announce Date:** January 6, 2021
**Effective Date:** October 3, 2022

**Deal Number:** 4022225

## Transaction Summary

| | |
|---|---|
| Deal Type: | Acquisition / Merger; |
| Purpose: | Strategic |
| Closing Date: | October 3, 2022 |
| Attitude: | Friendly |
| Source of Funds: | Internally Generated Funds |
| Deal Description: | **OptumInsight** Inc, a subsidiary of UnitedHealth Group Inc, acquired **Change Healthcare** Inc for US$8.5 billion in cash. Under the terms of the agreement, **OptumInsight** Inc would pay US$25.75 in cash for each share issued and outstanding of **Change Healthcare** Inc, represents a premium of 41.17% of the closing share price of **Change Healthcare** Inc on January 05, 2022. The transaction would be funded through available funds. The agreement was unanimously approved by the boards of both companies and **Change Healthcare** Inc's board recommended that its shareholders adopt the agreement. The transaction would accelerate innovations and efficiencies of both companies to adapt a simpler, more intelligent and adaptive health system. Following the transaction, Neil de Crescenzo, president and chief executive officer of **Change Healthcare** Inc, would serve as chief executive officer of **OptumInsight** Inc. The transaction is expected to be accretive to the earnings per share of UnitedHealth Group Inc. |

Change Healthcare Corp,OptumInsight, Inc.,Acquisition / Merger;

**Change Healthcare** Inc is located in Nashville, Tennessee, United States and operates as a holding company through its subsidiaries that develop healthcare technology platform that provide data and analytics-driven solutions. The deal was expected to close in the second half of 2021, subject to shareholders and regulatory approvals, and other customary closing conditions. On March 5, 2021, it was announced that the shareholders special meeting of **Change Healthcare** Inc will be held on April 13, 2021, to approve the proposed transaction. On March 24, 2021, it was announced that **OptumInsight** Inc and UnitedHealth Group Inc has received a request for additional information and documentary materials from the U.S. Department of Justice to review the proposed merger. On April 14, 2021, it was announced that the shareholders of **Change Healthcare** Inc approved the transaction in its shareholders special meeting held on April 13, 2021. On May 05, 2021, it was announced that the American Antitrust Institute sent a letter to the U.S. Department of Justice Antitrust Division outlining concerns that the proposed acquisition of **Change Healthcare** Inc by **OptumInsight** Inc is likely to harm competition and consumers. On August 07, 2021, it was announced that the parties entered into a timing agreement with the Department of Justice to which they agreed not to consummate the merger before 120 days following the date the parties complied with the Second Request received unless the Department of Justice completes its investigation. On September 30, 2021, the National Community Pharmacists Association urges the Department of Justice to block the transaction. On November 01, 2021, the parties had entered into an amendment to the timing agreement with the Department of Justice, to which the parties agreed not to consummate the merger before February 22, 2022.

Change Healthcare Corp,OptumInsight, Inc.,Acquisition / Merger;

On December 09, 2021, it was announced that the parties have extended the outside date to April 05, 2022. On January 25, 2022, it was reported that **Change Healthcare** Inc is considering selling some of its assets. On February 18, 2022, it was announced that the parties have provided notice to the Department of Justice regarding the consummation of the merger agreement. On February 24, 2022, it was announced that the U.S. Department of Justice filed a civil lawsuit to block the transaction between UnitedHealth and **Change Healthcare** Inc, citing that the combination would harm market competition. On the same day, **Change Healthcare** Inc issued a statement indicating that it will continue to support the merger and comply with its obligations under the agreement. On April 05, 2022, it was announced that both parties have agreed to extend the merger agreement to December 31, 2022. On September 01, 2022, it was announced that the federal antitrust lawsuit started trail would start from August 01, 2022 and ends on September 08, 2022. On September 20, 2022, it was announced that the U.S. District Court for the District of Columbia denied the request made by the U.S. Department of Justice and the States of New York and Minnesota to block the transaction.

| | |
|---|---|
| Original Offer Price: | $8,453.94439 |
| Closing Offer Price: | $8,453.94439 |

Rank order of pricing event

1.

| | |
|---|---|
| Percent Sought: | 100 % |
| Shares Sought: | 328308.52 |
| Shares Acquired: | 328308.52 |
| Share Price: | $25.75 |
| Price/Earnings: | $-351.939735 |
| Method of Payment: | CASH |
| Cash Payment: | $8,453.94439 |
| Base Equity Price: | $8,453.94439 |
| Total Invested Capital: | $13,383.39339 |

Change Healthcare Corp,OptumInsight, Inc.,Acquisition / Merger;

| | |
|---|---|
| Enterprise Value of the Deal: | $13,246.03639 |
| Interest Bearing Debt: | $4,929.449 |
| Cash & Equivalents: | $137.357 |
| Latest 12 Months Revenue: | $5,538.234 |
| Latest 12 Months Earnings Before Interest: | $-24.021 |
| Net Tangible Book Value: | $-5,174.269 |
| Price per Share Offer in Cash: | $25.75 |
| Standard offered over 1-day: | $0.411732 |
| Standard offered over 5-day: | $0.417171 |
| Standard Offered over 30-day: | $0.497963 |
| Standard Offered over 2-week: | $0.397937 |
| Standard Offered over 1-month: | $0.445005 |
| Standard Offered over 2-month: | $0.661826 |
| Standard Offered over 90-day: | $0.893382 |
| Standard Offered over 1-year High Price: | $0.367498 |
| Standard Offered over 1-year Low Price: | $2.753644 |
| Standard Offered over Unexpected Price: | $0.411732 |
| Base Equity Price/Revenue: | $1.526469 |
| Base Equity Price/EBITDA: | $6.820596 |
| Base Equity Price/EBIT: | $18.760279 |
| Price Book Value: | $-1.633843 |
| TIC/Revenue Multiple for the Target in the Deal: | $2.416545 |
| TIC/EBITDA Multiple for the Target in the Deal: | $10.797648 |
| TIC/EBIT Multiple for the Target in the Deal: | $29.699295 |
| TIC/Earnings Multiple Offered for the Target in the Deal: | $-557.153881 |
| TIC/Book Value Multiple Offered for the Target in the Deal: | $-2.586528 |
| Enterprise Value/Revenue: | $2.391744 |
| Enterprise Value/EBITDA: | $10.686829 |
| Enterprise Value/EBIT: | $29.394484 |
| Enterprise Value/Earnings: | $-551.435676 |
| Enterprise Value/Book Value: | $-2.559982 |
| Enterprise Value/Interest-bearing: | $2.687123 |
| Term Change Code: | Completion |
| Term Price Increase: | 0 |
| Term Price Decrease: | 0 |

2.

| | |
|---|---|
| Effective Date: | January 6, 2021 |
| Percent Sought: | 100 % |
| Shares Sought: | 328308.52 |
| Share Price: | $25.75 |
| Price/Earnings: | $-351.939735 |
| Method of Payment: | CASH |
| Cash Payment: | $8,453.94439 |
| Base Equity Price: | $8,453.94439 |
| Total Invested Capital: | $13,383.39339 |
| Enterprise Value of the Deal: | $13,246.03639 |
| Interest Bearing Debt: | $4,929.449 |
| Cash & Equivalents: | $137.357 |
| Latest 12 Months Revenue: | $5,538.234 |

Change Healthcare Corp,OptumInsight, Inc.,Acquisition / Merger;

| | |
|---|---|
| Latest 12 Months Earnings Before Interest: | $-24.021 |
| Net Tangible Book Value: | $-5,174.269 |
| Price per Share Offer in Cash: | $25.75 |
| Standard offered over 1-day: | $0.411732 |
| Standard offered over 5-day: | $0.417171 |
| Standard Offered over 30-day: | $0.497963 |
| Standard Offered over 2-week: | $0.397937 |
| Standard Offered over 1-month: | $0.445005 |
| Standard Offered over 2-month: | $0.661826 |
| Standard Offered over 90-day: | $0.893382 |
| Standard Offered over 1-year High Price: | $0.367498 |
| Standard Offered over 1-year Low Price: | $2.753644 |
| Standard Offered over Unexpected Price: | $0.411732 |
| Base Equity Price/Revenue: | $1.526469 |
| Base Equity Price/EBITDA: | $6.820596 |
| Base Equity Price/EBIT: | $6.820596 |
| Price Book Value: | $-1.633843 |
| TIC/Revenue Multiple for the Target in the Deal: | $2.416545 |
| TIC/EBITDA Multiple for the Target in the Deal: | $10.797648 |
| TIC/EBIT Multiple for the Target in the Deal: | $10.797648 |
| TIC/Earnings Multiple Offered for the Target in the Deal: | $-557.153881 |
| TIC/Book Value Multiple Offered for the Target in the Deal: | $-2.586528 |
| Enterprise Value/Revenue: | $2.391744 |
| Enterprise Value/EBITDA: | $10.686829 |
| Enterprise Value/EBIT: | $29.394484 |
| Enterprise Value/Earnings: | $-551.435676 |
| Enterprise Value/Book Value: | $-2.559982 |
| Enterprise Value/Interest-bearing: | $2.687123 |
| Term Change Code: | Announcement |
| Term Price Increase: | 0 |
| Term Price Decrease: | 0 |

## Target Details

| | |
|---|---|
| Name: | **Change Healthcare** Corp |
| Address: | 424 Church Street Suite 1400<br>Nashville, TN 37219 |
| Country: | United States |
| Telephone Number: | 1.615.932.3000 |
| Earnings Per Share: | .3179 |

| SOURCE (Million US $) | 10K(10K(2020-11-30)) | 10Q(10Q) | 10Q Prior Year | LTM |
|---|---|---|---|---|
| Revenue: | $1,646.912 | - | - | $5,538.234 |
| Pretax: | $-1,071.761 | - | - | $-53.167 |
| Net Income: | $-917.462 | - | - | $-24.021 |
| Depreciation / Amortization: | $330.876 | - | - | $788.843 |
| Interest and Expenses: | $92.262 | - | - | $474.037 |

Change Healthcare Corp,OptumInsight, Inc.,Acquisition / Merger;

**OTHER FINANCIALS:**

| | |
|---|---|
| Total Invested Capital/EBITDA: | $1,239.473 |
| 10K ($): | $314.273 |
| Latest 12 Months ($): | $1,239.473 |
| Total Invested Capital/EBIT: | $450.63 |
| 10K ($): | $-16.603 |
| Latest 12 Months ($): | $450.63 |
| Total Assets: | $10,147.812 |
| Cash and Marketable Securities: | $137.357 |
| Other Short-Term Debt: | $67.832 |
| Long-Term Debt: | $4,861.617 |
| Book Value: | $-5,174.269 |
| Book Value Per Share: | $-16.983924 |
| Earnings Per Share: | $0.3179 |
| Stock Price 30 Days Prior: | $17.19 |
| Stock Price 5 Days Prior: | $18.17 |
| Stock Price 1 Day Prior: | $18.24 |
| Share Price 2 Weeks Prior ($): | $18.42 |
| Share Price 1 Month Prior ($): | $17.82 |
| Share Price 2 Months Prior ($): | $15.495 |
| Share Price 90 Days Prior ($): | $13.6 |
| Share Price 1 Year Max Prior ($): | $18.83 |
| Share Price 1 Year Min Prior ($): | $6.86 |
| Share Price Unaffected Prior: | $18.24 |
| Unaffected Date: | January 5, 2021 |

## DEALS BY PARTICIPANT:

| | |
|---|---|
| Total Number of Transactions as a Legal Advisor: | 0 |
| Total Number of Transactions as a Financial Advisor: | 0 |
| Total Number of Transactions as an Accountant: | 0 |
| Number of Total Transactions as Buyer: | 6 |
| Number of Total Transactions in the last 12 Months as Buyer: | 0 |
| Number of Total Transactions as Seller: | 4 |
| Number of Total Transactions in the last 12 Months as Seller: | 0 |
| Total Transaction Value for all Transactions as Seller: | 13,536.03639 |
| Total Transaction Value for all Transactions as Buyer: | 456.02 |
| Total Transaction Value in the last 12 Months as Seller: | 0 |
| Total Transaction Value in the last 12 Months as Buyer: | 0 |
| Average Transaction Value for all Transactions as Seller: | 3,384.009097 |
| Average Transaction Value for all Transactions as Buyer: | 152.006666 |
| Average Transaction Value in the last 12 Months as Seller: | 0 |
| Average Transaction Value in the last 12 Months as Buyer: | 0 |
| Maximum Transaction Value for all Transactions as Seller: | 13,246.03639 |
| Maximum Transaction Value for all Transactions as Buyer: | 212.9 |
| Maximum Transaction Value in the last 12 Months as Seller: | 0 |
| Maximum Transaction Value in the last 12 Months as Buyer: | 0 |

## Buyer Details

Change Healthcare Corp,OptumInsight, Inc.,Acquisition / Merger;

| | |
|---|---|
| Name: | **OptumInsight**, Inc. |
| Role: | Bidder / Purchaser |
| Deal Currency: | USD |
| Financial Currency: | USD |
| Entity Type: | SUB |
| Primary SIC: | 7379-Computer Related Services Not Elsewhere Classified |
| Industry: | 3308-Information Technology Services |
| Sector: | 3300-Technology Services |

## DEALS BY PARTICIPANT:

| | |
|---|---|
| Total Number of Transactions as a Legal Advisor: | 0 |
| Total Number of Transactions as a Financial Advisor: | 0 |
| Total Number of Transactions as an Accountant: | 0 |
| Number of Total Transactions as Buyer: | 29 |
| Number of Total Transactions in the last 12 Months as Buyer: | 0 |
| Number of Total Transactions as Seller: | 2 |
| Number of Total Transactions in the last 12 Months as Seller: | 0 |
| Total Transaction Value for all Transactions as Seller: | 375.9 |
| Total Transaction Value for all Transactions as Buyer: | 20,821.456438 |
| Total Transaction Value in the last 12 Months as Seller: | 0 |
| Total Transaction Value in the last 12 Months as Buyer: | 0 |
| Average Transaction Value for all Transactions as Seller: | 375.9 |
| Average Transaction Value for all Transactions as Buyer: | 2,313.495159 |
| Average Transaction Value in the last 12 Months as Seller: | 0 |
| Average Transaction Value in the last 12 Months as Buyer: | 0 |
| Maximum Transaction Value for all Transactions as Seller: | 375.9 |
| Maximum Transaction Value for all Transactions as Buyer: | 13,246.03639 |
| Maximum Transaction Value in the last 12 Months as Seller: | 0 |
| Maximum Transaction Value in the last 12 Months as Buyer: | 0 |

## PARENT OF BIDDER / PURCHASER:

| | |
|---|---|
| Name: | UnitedHealth Group, Inc. |
| Address: | 1 Health Drive   Eden Prairie, MN 55344 |
| Country: | United States |

### OTHER FINANCIALS:

| | |
|---|---|
| Latest 12 Months ($): | $1,239.473 |
| Latest 12 Months ($): | $450.63 |
| Unaffected Date: | January 5, 2021 |

# Classification

**Subject:** HEALTH CARE (90%); COMPUTING & INFORMATION TECHNOLOGY (77%); MEDICAL TECHNOLOGY (77%); DATA ANALYTICS (77%); COMPUTER SOFTWARE (72%); HEALTH CARE OVERVIEW (90%); STOCK PRICES (69%); COMPUTING & INFORMATION TECHNOLOGY OVERVIEW (77%); INFORMATION TECHNOLOGY INDUSTRY (77%)

Mergerstat M&A Database

Change Healthcare Corp,OptumInsight, Inc.,Acquisition / Merger;

Copyright  2026 FactSet Mergerstat, LLC, All Rights Reserved

**End of Document**